UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARTH,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | Case No.: 11-CV-05592-YGR<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b).

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 19, 2012, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: November 5, 2012

                                                      **YVONNE GONZALEZ ROGERS**
                                                      **UNITED STATES DISTRICT COURT JUDGE**