UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 11-CV-05592-YGR<br><br>**JUDGMENT** |

　　　The issues in this action having been duly considered and the Court having granted Defendant's Motion to Dismiss, it is **ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**.  Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint (Dkt. No. 1).

　　　**IT IS SO ORDERED.**

Dated: January 23, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**