UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARTH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No.: 11-cv-05592-YGR<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME (DKT. NOS. 27 & 28)** |

On January 23, 2013, the Court dismissed this action based on a lack of subject matter jurisdiction. (Dkt. No. 22.) Judgment has been entered (Dkt. No. 23) and the case has been closed.

On February 26, 2013, the Court issued an order permitting Plaintiff to file documents that she asserts were not in her possession and had been filed in this action but not reflected in the record. (Dkt. No. 26.) The Court gave Plaintiff until March 8, 2013 to file.

Plaintiff has since filed two motions for extensions of time claiming that she still does not have the documents in her possession based on "unforeseen circumstances." (Dkt. Nos. 27 & 28.)

As stated in the Court's February 26,2013, the Court takes no position on whether Plaintiff's motions are proper. However, the Court **GRANTS** Plaintiff's request for an extension to file the documents. <u>Plaintiff shall file the documents by March 18, 2013</u>.

This Order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: March 18, 2013

                                      _____
                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**