UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARTH,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | Case No.: 11-cv-05592-YGR<br><br>**ORDER REGARDING PLAINTIFF'S REQUESTS TO FILE ADDITIONAL DOCUMENTS** |

On January 23, 2013, the Court dismissed this action based on a lack of subject matter jurisdiction. (Dkt. No. 22.) Judgment has been entered (Dkt. No. 23) and the case has been closed.

Since that time, Plaintiff has filed numerous motions and requests for extensions of time. Plaintiff initially filed a "Notice of Motion to Vacate and Set Aside Order Granting Defendant's Motion to Dismiss; Motion for Reconsideration of Order Granting Defendant's Motion to Dismiss; Motion to Correct the Record Due to Clerical Error; Motion for Extension of Time to Resubmit and Documents." (Dkt. No. 24.) She asserted that a "court clerk clerical error" had been made and that the record did not reflect documents she has filed. On February 21, 2013, Plaintiff requested 15 additional days to file the documents because they are not in her possession "nor does she have access to them due to unforeseen circumstances and the USPS." (Dkt. No. 25.) Without taking a position on whether Plaintiff's motions were proper, the Court granted her request for an extension of time to file documents until March 8, 2013. (Dkt. No. 26.) The Court also informed Plaintiff that she may seek limited legal assistance from the Federal Pro Bono Project, and provided her with its contact information and office location. (*Id.*)

Plaintiff did not file the documents on March 8, and instead filed a Request for Additional Time to File and Serve Missing Documents Due to Unavailability and Unforeseen Circumstances.

(Dkt. No. 27.)  Plaintiff stated she would file the documents and her motion on March 12, 2013.  On March 12, 2013, Plaintiff filed an Amended/Supplemental Request for Additional time to File and Serve Missing Documents Due to Unavailability and Unforeseen Circumstances.  (Dkt. No. 28.)  Plaintiff requested until March 18 to file the documents.  The Court approved Plaintiff's request on March 18, 2013 and ordered, per her request, that the documents be filed by that date.

Plaintiff filed a Notice to Submit Documents on March 27, 2013.  (Dkt. No. 30.)  Plaintiff asserts that she did not receive the Court's March 18, 2013 order until March 26, 2013 and that it was a "surprise" to her because she had "no knowledge the court granted [her previous request for] extension."  The Court notes that a Proof of Service in the record reflects that the March 18, 2013 order was sent to Plaintiff's address on that date.  (Dkt. No. 29-1.)  In Plaintiff's Notice to Submit Documents, she states that she "shall" submit the documents by Friday, March 29, 2013.

To date, Plaintiff has not filed the documents at issue in her requests.  The Court has afforded Plaintiff numerous opportunities to file the documents, without knowing the basis of the relief she requests nor having received any explanation of grounds for her requests.  Moreover, it is unclear to the Court how documents that Plaintiff may file affects this Court's lack of subject matter jurisdiction.  (*See* Dkt. No. 22.)  For these reasons, the Court will no longer entertain Plaintiff's attempts to seek extensions of time to file the documents she claims were never docketed.

This Order terminates all pending motions before the Court.

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**